AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California ▼

| | |
|---|---|
| TART OPTICAL ENTERPRISES, LLC, a California Limited Liability Company <br><br> *Plaintiff(s)* <br> v. <br> The Light Co. Ltd, a Japanese Corp., Thomas T. O'Gara, an indiv., Richard Tart, an indiv., Bill Hebner, an indiv., Lani Caird, an indiv., Brigata Distribution, an unk entity, Julius Tart Optical Enterprise, an unk entity <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:16-cv-08061 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Light Co. Ltd
Barbizon 71 #102 2-1-9, Sendagaya, Shibuya-ku,
Tokyo 151-0051 Japan

Thomas T. O'Gara
Barbizon 71 #102 2-1-9, Sendagaya, Shibuya-ku,
Tokya 151-0051 Japan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew C. Bagnall
The Law Offices of Andrew C. Bagnall
21900 Burbank Boulevard, 3rd Floor
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                    _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California ▼

| | |
|---|---|
| TART OPTICAL ENTERPRISES, LLC, a California Limited Liability Company<br><br>*Plaintiff(s)*<br>v.<br>The Light Co. Ltd. a Japanese Corp., Thomas T. O'Gara, an indiv., Richard Tart, an indiv., Bill Hebner, an indiv., Lani Caird, an indiv., Brigata Distribution, an unk entity, Julius Tart Optical Enterprise, an unk entity<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:16-cv-08061<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Richard Tart
3983 Wicks Avenue
Seaford, NY 11783-1439

Julius Tart Optical Enterpises
3983 Wicks Avenue
Seaford, NY 11783-1439

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew C. Bagnall
The Law Offices of Andrew C. Bagnall
21900 Burbank Boulevard, 3rd Floor
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California ▼

TART OPTICAL ENTERPRISES, LLC, a California Limited Liability Company

*Plaintiff(s)*

v.

The Light Co. Ltd. a Japanese Corp., Thomas T. O'Gara, an indiv., Richard Tart, an indiv., Bill Hebner, an indiv., Lani Caird, an indiv., Brigata Distribution, an unk entity, Julius Tart Optical Enterprise, an unk entity

*Defendant(s)*

Civil Action No. 2:16-cv-08061

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 
Bill Hebner
439 N. Fairfax
Los Angeles, CA 90036

Brigata Distribution
439 N. Fairfax
Los Angeles, CA 90036

Lani Caird
439 N. Fairfax
Los Angeles, CA 90036

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew C. Bagnall
The Law Offices of Andrew C. Bagnall
21900 Burbank Boulevard, 3rd Floor
Woodland Hills, CA 91367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                               *Signature of Clerk or Deputy Clerk*